FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 07, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PERMANENT GENERAL ASSURANCE CORPORATION, a Wisconsin corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>DIEGO VILLANUEVA, a Washington resident, ZURICH AMERICAN INSURANCE COMPANY, a New York corporation, and ESTATE OF FRANCES NORTHOVER, a Washington resident,<br><br>　　　　　　Defendants. | No.　1:20-cv-03022-SMJ<br><br>**ORDER DISMISSING DEFENDANT ZURICH AMERICAN INSURANCE COMPANY** |

Before the Court, without oral argument, is the parties' stipulated dismissal of Defendant Zurich American Insurance Company, ECF No. 8. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

1. The parties' stipulated dismissal of Defendant Zurich American Insurance Company, **ECF No. 8**, is **GRANTED**.

ORDER DISMISSING DEFENDANT ZURICH AMERICAN INSURANCE COMPANY – 1

2. All claims against Zurich American Insurance Company are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. The Clerk's Office is directed to **AMEND** the caption as follows:

PERMANENT GENERAL ASSURANCE CORPORATION, a Wisconsin corporation,

Plaintiff,

v.

DIEGO VILLANUEVA, a Washington resident, and ESTATE OF FRANCES NORTHOVER, a Washington resident,

Defendants.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and provide copies to all counsel and *pro se* parties.

**DATED** this 7th day of April 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING DEFENDANT ZURICH AMERICAN INSURANCE COMPANY – 2