AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Nov 18, 2020**

SEAN F. McAVOY, CLERK

PERMANENT GENERAL ASSURANCE CORPORATION, a Wisconsin corporation, )
*Plaintiff* )
v. )
DIEGO VILLANUEVA, a Washington resident, and ESTATE OF FRANCES NORTHOVER, a Washington resident, )
*Defendant* )

Civil Action No.  1:20-cv-03022-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff Permanent General Assurance Corporation's motion for default judgment, ECF No. 35, is GRANTED. Default Judgment is entered in favor of Plaintiff and against Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Salvador Mendoza, Jr.  on a motion for default judgment.

Date:  November 18, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Courtney Piazza
*(By) Deputy Clerk*

Courtney Piazza